**American Trades Contracting**

Schedule of Invoices: Unlimited Contractors

| Invoice # | Date Delivered and Due | Amount | Amount Paid | Date Paid | Balance of Invoice |
|---|---|---|---|---|---|
| 48518 | 10/17/2024 | $41,296.90 | $41,296.90 | 12/06/2024 | $0.00 |
| 48560 | 10/24/24 | $100,842.22 | $100,842.22 | 12/06/2024 | $0.00 |
| 48571 | 10/24/24 | $3,622.50 | $3,622.50 | 12/06/2024 | $0.00 |
| 48603 | 10/31/24 | $159,189.18 | $159,189.18 | 12/06/2024 | $0.00 |
| 48647 | 11/7/24 | $157,234.14 | $101,960.10 | 1/9/24 | $55,274.04 |
| 48692 | 11/14/24 | $149,262.86 | $95,655.01 | 1/9/25 | $53,607.85 |
| 48741 | 11/21/24 | $117,038.61 | $0.00 | UNPAID | $117,038.61 |
| 48803 | 11/28/24 | $2,472.98 | $2,472.98 | 01/09/2025 | $0.00 |
| 48804 | 11/28/24 | $140,478.66 | $0.00 | UNPAID | $140,478.66 |
| 48847 | 12/5/24 | $99.00 | $99.00 | 01/09/2025 | $0.00 |
| 48848 | 12/05/2024 | $68,220.87 | $0.00 | UNPAID | $68,220.87 |
| 48849 | 12/05/2024 | $1,086.80 | $1,086.80 | 12/05/2024 | $0.00 |
| 48850 | 12/05/2024 | $272.25 | $272.25 | 12/05/2024 | $0.00 |
| 48859 | 12/05/2024 | $1,086.80 | $1,086.80 | 01/09/2025 | $0.00 |
| 48861 | 12/05/2024 | $144.90 | $144.90 | 01/09/2025 | $0.00 |
| 48897 | 12/12/24 | $120,813.73 | $0.00 | UNPAID | $120,813.73 |
| 48946 | 12/19/24 | $127,110.77 | $0.00 | UNPAID | $127,110.77 |
| 48947 | 12/19/24 | $824.50 | $0.00 | UNPAID | $824.50 |
| 48988 | 12/26/24 | $99,563.13 | $0.00 | UNPAID | $99,563.13 |
| 48993 | 12/26/24 | $500.00 | $0.00 | UNPAID | $500.00 |
| 49030 | 01/02/2025 | $100.00 | $0.00 | UNPAID | $100.00 |
| 49031 | 01/02/2025 | $35,794.93 | $0.00 | UNPAID | $35,794.93 |
| 49076 | 01/09/2025 | $47,197.08 | $0.00 | UNPAID | $47,197.08 |
| 49115 | 01/16/2025 | $49,335.24 | $0.00 | UNPAID | $49,335.24 |
| 49151 | 01/23/2025 | $688.28 | $0.00 | UNPAID | $688.28 |
| **TOTAL** | | **$1,424,276.33** | **$507,728.64** | | **$916,547.69** |

**EXHIBIT 4**